```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 07 B 14222
    JOANNA J JELENSKI
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

           Debtor
    SSN XXX-XX-3438

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 08/08/2007 and was confirmed 12/05/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 12/31/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT   INTEREST       PRINCIPAL
                                                          PAID           PAID
------------------------------------------------------------------------
KANE PROPERTY MANAGEMENT   NOTICE ONLY     NOT FILED       .00             .00
WELLS FARGO BANK           CURRENT MORTG        .00        .00             .00
WELLS FARGO BANK           MORTGAGE ARRE    2075.60        .00         2075.60
ASSET ACCEPTANCE LLC       UNSECURED        1003.45        .00             .00
AT&T WIRELESS              UNSECURED         844.73        .00             .00
URSZULA LEWANDOWSKI        NOTICE ONLY     NOT FILED       .00             .00
230 E ONTARIO CONDO ASSO   NOTICE ONLY     NOT FILED       .00             .00
JOSEPH WROBEL              DEBTOR ATTY     2,500.00                    2,500.00
TOM VAUGHN                 TRUSTEE                                       374.40
DEBTOR REFUND              REFUND                                          .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                           RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                    4,950.00

PRIORITY                                                .00
SECURED                                            2,075.60
UNSECURED                                               .00
ADMINISTRATIVE                                     2,500.00
TRUSTEE COMPENSATION                                 374.40
DEBTOR REFUND                                           .00
                          ---------------      ---------------
TOTALS                     4,950.00                4,950.00
```

PAGE  1 - CONTINUED ON NEXT PAGE
CASE NO. 07 B 14222 JOANNA J JELENSKI

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 03/05/09 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |